Albert HAGEMAN, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

Nov. 29, 1940.

Harvey H. Smith, of Cincinnati, Ohio, for movant.

Hubert Meredith, Attorney General, and Harry D. France, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

LOUISVILLE GAS & ELECTRIC COMPANY, Movant, v. H. B. SPENCER, Opposed.

Court of Appeals of Kentucky.

Dec. 3, 1940.

Crawford, Middleton, Milner & Seelbach, M. C. Redwin and J. Donald Dinning for movant.

D. L. Pendleton, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

COMMONWEALTH LIFE INSURANCE CO., Movant, v. Darwin W. JOHNSON'S EXECUTORS, Opposed.

Court of Appeals of Kentucky.

Dec. 13, 1940.

William H. Abell and Cary & Abell for movant.

Cornelius W. Grafton and Grafton & Grafton opposed.

PER CURIAM.

Appeal denied; judgment affirmed.